

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2022

No. 04-22-00005-CV

John **DOE**,
Appellant

v.

**ROMAN CATHOLIC ARCHDIOCESE OF SAN ANTONIO,** By and Through the Apostolic
Administrator and Archbishop Gustavo Garcia-Siller and Archbishop Emeritus Patrick Flores,
Their Predecessors and Successors, as Archbishop of the Roman Catholic Archdiocese of San
Antonio, Father Jesus Armando Dominguez, and Father Virgilio Elizondo,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI08589
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellees' brief originally was due on June 6, 2022, and appellees have received two previous extensions. On July 29, 2022, appellees filed an unopposed motion requesting a third extension until August 29, 2022. The motion is GRANTED, and appellees are ORDERED to file their brief **no later than August 29, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court